<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| TUNG NGUYEN AND MY NHIEN LE,, | : | |
| | : | Civil Action No. 11-1205 (SDW) |
| Plaintiffs, | : | |
| v. | : | |
| | : | **<u>ORDER</u>** |
| KEISHA DESHAWN LEWIS, SWIFT | : | |
| TRANSPORTATION, "JOHN DOE," | : | |
| "JANE DOE," AND "XYZ CORP.," | : | April 17, 2012 |
| (Fictitious Names), ENCOMPASS | : | |
| INSURANCE CO. of NEW JERSEY, | : | |
| | : | |
| Defendants. | : | |

<u>**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**</u>

This matter comes before the Court on the Report and Recommendation ("R&R") (dkt. no. 23) of United States Magistrate Judge Madeline C. Arleo filed April 2, 2012, regarding Consolidated Plaintiff Encompass Insurance Company of New Jersey's motion to remand its action against Defendant Swift Transportation to the Superior Court of New Jersey, Law Division, Middlesex County, for lack of subject matter jurisdiction. No objections to the R&R have been filed.

The Court has reviewed the R&R as well as the briefs and documents pertaining to the motion on file in this matter (dkt. no. 18). Based on the foregoing, and for good cause shown,

**IT IS**, on this 17th day of April, 2012,

**ORDERED** that the R&R of Magistrate Judge Arleo filed April 2, 2012, is **ADOPTED** by this Court; and it is further

**ORDERED** that Consolidated Plaintiff Encompass Insurance Company of New Jersey's motion to remand is **GRANTED**;

**SO ORDERED.**

s/ Susan D. Wigenton, U.S.D.J.

cc: Clerk
     Hon. Magistrate Judge Madeline C. Arleo